UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION (KANSAS CITY)

| | |
|---|---|
| DEAN R. BARRETT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DISCOVER FINANCIAL SERVICES, LLC,<br><br>　　　　Defendant. | CASE NO. _____<br><br>JUDGE _____ |

## DISCOVER BANK'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, defendant Discover Bank ("Discover"), erroneously sued as Discover Financial Services, LLC, hereby removes the subject action from the Circuit Court of Jackson County, Missouri to the United States District Court for the Western District of Missouri, on the following grounds:

　　　　1.　　　Plaintiff Dean R. Barrett ("Plaintiff") served Discover on or about October 25, 2017, with a Summons and Petition – Class Action filed in the Associate Circuit Court, Jackson County, Missouri. A copy of the Summons for Service by Registered or Certified Mail is attached hereto as **Exhibit A**. A copy of the Petition – Class Action is attached hereto as **Exhibit B**. A copy of the Notice of Case Management Conference for Civil Case and Order for Mediation is attached hereto as **Exhibit C**. No other process, pleadings or orders have been served on Discover.

　　　　2.　　　Plaintiff alleges that Discover violated the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Petition ¶¶ 44-51.

　　　　3.　　　This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit was brought under the FCRA which

LA 52116621

supplies this federal question. Moreover, Plaintiff admits in the Petition – Class Action that "[j]urisdiction of this Court is conferred under 28 U.S.C. §§ 1331 and 1337, and 15 U.S.C. § 1681p." Id. ¶ 6.

4. Pursuant to 28 U.S.C. § 1441 et seq., this cause may be removed from the Circuit Court of Jackson County, Missouri to the United States District Court for the Western District of Missouri.

5. The Petition – Class Action names only Discover as a defendant.

6. Notice of this removal will promptly be filed with the Circuit Court of Jackson County, Missouri and served upon all adverse parties.

WHEREFORE, defendant Discover, by counsel, removes the subject action from the Circuit Court of Jackson County, Missouri to this United States District Court, Western District of Missouri.

Dated: 11/22/17　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:　*/s/Todd A. Lubben*
　　　　　　　　　　　　　　　　　　　　Todd A. Lubben, Esq. (MO #54746)
　　　　　　　　　　　　　　　　　　　　Brown & James, P.C.
　　　　　　　　　　　　　　　　　　　　800 Market Street, Suite 1100
　　　　　　　　　　　　　　　　　　　　 St. Louis, MO 63101-2000
　　　　　　　　　　　　　　　　　　　　Telephone: 314-421-3400
　　　　　　　　　　　　　　　　　　　　Fax: 314-242-5480
　　　　　　　　　　　　　　　　　　　　E-Mail: tlubben@bjpc.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Discover Bank*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 22nd of November, 2017. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

None.

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **22nd day of November, 2017**, properly addressed as follows:

    for Plaintiff Dean R. Barrett

    A.J. Stecklein, Esq.
    Michael Rapp, Esq.
    Stecklein & Rapp
    748 Ann Avenue
    Kansas City, MO 66101

By:   /s/ Todd A. Lubben

    Todd A. Lubben, Esq. (MO #54746)
    Brown & James, P.C.
    800 Market Street, Suite 1100
    St. Louis, MO 63101-2000
    Telephone: 314-421-3400
    Fax: 314-242-5480
    E-Mail: tlubben@bjpc.com

*Counsel for Defendant Discover Bank*

:mlc
14012896